# United States District Court
## *Southern District of Georgia*

WILLIE CHAMBERS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV314-120

**V.**

WILLIAM DANFORTH; SAM ZANDERS; DIANN DEES;
BARBARA GRANT; and JODY STEWART,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on April 1, 2015, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the

case is DISMISSED without prejudice and this case stands CLOSED.

April 1, 2015
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*